CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RKu
APR 28 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY LEE WINSLOW, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00727 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| J.W. ARMENTROUT, et al., | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that the defendants' motion for summary judgment is hereby **GRANTED**; all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 28th day of April, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge